Gregory Ackers

503 W. Olympic Bl.  UNITED STATES DISTRICT COURT

Santa Monica, Ca  SOUTHERN DISTRICT OF NEW YORK  16CV4976

90401  COMPLAINT

FALSE STATEMENTS

FALSE CLAIMS

GREGORY ACKERS  ESPIONAGE

Ex-Parte Relator  COMPUTER FRAUD

V.  WIRE FRAUD

HILLARY RODHAM CLINTON  BREACH OF CONTRACT

Defendant  JURY TRIAL DEMANDED

Plaintiff & Relator Gregory Ackers, herein to be named Pltf, does bring this civil lawsuit to the District in order to recover treble damages & other monetary relief, as well as injunctive relief, against Hillary Rodham Clinton, herein to be named Dft. For the charges of FALSE CLAIMS, FALSE STATEMENTS, ESPIONAGE, WIRE FRAUD, COMPUTER FRAUD & BREACH OF CONTRACT, Dft acted in violation of FEDERAL RECORDS ACT & INSPECTORS GENERALS ACT of 1996 by removing classified information from secured U.S. Govt property & replacing the info into an unsecured & unclassified area. This is, in effect, a violation of 18 USC sec. 1924, as it relates to ESPIONAGE. Dft Clinton BREACHED her CONTRACT with the United States enacted upon the day she was sworn in as U.S. Secretary of State. Dft contracted with us to "uphold the constitution of the U.S. & defend it against all enemies, foreign & domestic". Dft acted against the law by exposing the classified info to hackers & other miscreants & by endangering her unqualified & unclassified secret 2nd computer server, which she removed from the U.S. Dept of State & placed in her residence. Dfts residence is an unclassified & unqualified area. By engaging in these activities, Dft may not retain EXECUTIVE IMMUNITY, or any other qualified IMMUNITY, due to facts of her INTENTIONAL, as well as NON-INTENTIONAL NEGLIGENCE & her Abject lawlessness.

1.

2016 JUN 27 PM 12:01 SDNY PRO SE OFFICE RECEIVED

RELATOR Gregory Ackers invokes the QUI –TAM injunction in lieu of Dfts FALSE CLAIMS & STATEMENTS in her civilly & criminally unlawfull administration of the U.S. Dept of State. QUI –TAM PROVISION,or "Lincoln Law" (31 USC sec. 3729-3733) is predicated on the issue of forcing compliance among defrauders of the Federal Govt to be brought to justice & to provide due diligence. In this way;Relator & Pltf does act as "WHISTLEBLOWER". Dft engaged in COMPUTER FRAUD by disseminating classified info from a "protected computer" onto an "unprotected & unclassified" 2nd computer server. This "protected computer concept is defined in 18 USC sec. 1030 (e) (2),meaning " a computer exclusively for the use of the U.S. Govt used in affecting foreign commerce or communication". Dft Clinton violated security protocol by unlawfully "accessing a computer by exceeding authorized access intentionally". Both BREACH of CONTRACT & COMPUTER FRAUD are statutes creating "private rights of action",enabling individuals to sue to recover damages in triplicate caused by violation of law. Dft Clinton was employed by U.S. Dept of State & FRAUDULENTLY collected salaries while in commission of various crimes performed in official capacity.

## JURISDICTION & VENUE

The Dist has subject matter over Pltf claims brought under FALSE CLAIMS ACT pursuant to 31 USC secs. 3730 & 3732. The Dist has supplemental jurisdiction to entertain common law causes of action under 28 USC sec. 1345 &1367 (a). Dist. Has personal jurisdiction over Dft Clinton pursuant to 31 USC sec. 3732(a) because Dft transacts business & resides in the Dist.

## PARTIES

RELATOR GREGORY Ackers is an American citizen residing in California.

Dft. Hillary Rodham Clinton retired from duties as U.S. Secretary of State in 2012 after 4 yrs of svc & is currently a Presidential candidate.

The Federal False Claims Act provides that any person is liable to the U.S. for 3 times the amount of damages sustained,plus a penalty "if the lawbreaker presents a false of fraudulent claim for payment or approval".

Pltf alleges the Dft.,during her tenure as Secretary of U.S. Dept of State,as well as afterwards,during the removal of her property from all facilities of U.S. State Dept;engaged in sabotage of classified &

2.

top-secret computer drives involving aforementioned charge of ESPIONAGE. Due to Dfts FRAUDULENT conduct,the U.S. paid her a submitted salary,plus expenses & transportation fees in exchange for her contracted duties as Secretary of the U.S. Dept of State. The U.S. & its citizens were thereby DEFRAUDED in terms of financial & national security leverage. Dft engaged in a series of crimes against the law & the right of the American people to be represented honorably & efficientl y in a suitably pro-active manner by their own public servants.

## CAUSES OF ACTION

### COUNT- 1

### FALSE STATEMENTS

In re; 18 USC sec. 1001;Dft has engaged in FALSE STATEMENTS (generally) as far as the unregulated misuse of classified materiel under her care.

### COUNT -2

### FALSE CLAIMS

In re; 31 USC sec. 3729-3733 (also called Lincoln Law); this is a federal law which imposes liability on persons who defraud the U.S.

### COUNT -3

### ESPIONAGE

In re; 18 USC sec. 1924: which prohibits "unauthorized removal & retention of classified material".

### COUNT -4

### COMPUTER FRAUD

In re; 18 USC sec. 1030: (see pg. 2).

### COUNT -5

### WIRE FRAUD

In re; 18 USC sec. 1343: 2 elements are necessary to est. WIRE FRAUD

1. "The scheme or artifice to defraud"
2. "The use of interstate wire communication to facilitate the scheme"

### COUNT-6

### BREACH OF CONTRACT

In re; 18 USC sec. 241-242. Dfts OATH OF OFFICE,upon taking office as Secretary of U.S. State Dept stands as Quid Pro Quo contract in which officials of Govt pledge to perform in return for substance. This pledge was quantitatively & qualifiably breached by Dft.

### PRAYER FOR RELIEF

Pltf prays to Dist. for TREBLE DAMAGES in re; all payment made to Dft while she did disservice to U.S. in capacity of U.S. Secretary of State. Pltf prays to Dist for such damges to made as COMPENSATORY,PUNITIVE & INJUNCTIVE DAMAGES. Pltf prays to Dist for damages to be paid by Dft & any co-conspirators to be made out during DISCOVERY jointly,severally &,or individually. Pltf prays to Dist to be qualified as RELATOR in aforesaid QUI-TAM action for FALSE CLAIMS. Pltf prays for all administrative,legal & administrative costs of this lawsuit.

Respectfully submitted on this day   June 21 2016

Signed Gregory Ackers

FROM:

Gregory Ackers
503 W. Olympic Bl.
Santa Monica, CA
90401

USM P3 SDNY



TO:

U.S. Dist Court
500 Pearl St.
New York City, N.Y.
10007-1312

ATTN.
Civil
Clerk

Photo Document Mailer
9.5" x 12.5"

SDNY PRO SE OFFICE
2016 JUN 27 PM 12:02
RECEIVED

ReadyPost

U.S. POSTAGE
PAID
SANTA MONICA, CA
90401
JUN 21 16
AMOUNT
$1.57
R2304M113922-19

1000
10007